**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bernadette GARCIA, Defendant–Appellant.**

No. 09–10074.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 19, 2010.

Joshua C. Mellor, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Christopher Robert Kilburn, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Bernadette Garcia appeals from the 120–month sentence imposed following her guilty-plea conviction for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Garcia contends that the district court procedurally erred by failing to adequately consider the 18 U.S.C. § 3553(a) sentencing factors, her request to disregard the career offender guideline, and her arguments in mitigation. The record reflects that the district court considered the § 3553(a) factors, but found the circumstances insufficient to justify disregarding the career offender guideline. Furthermore, the district court acknowledged Garcia's mitigation arguments by granting a three-level downward departure and imposing a sentence at the bottom of the revised range. Thus, the district court did not procedurally err and the sentence is substantively reasonable under the totality of the circumstances. *See Gall v. United States,* 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.